UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2015 NOV 18 A 8:57
US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| PORT NIANTIC, INC.,<br>Plaintiff,<br><br>v.<br><br>MAREK SZYCHOWSKI,<br>In Personam,<br>Defendants<br><br>and<br><br>M/V "CLASSY LADY", O.N.: 1151280, her engines, rigging, equipment and appurtenances, etc.<br>In Rem | : | CIVIL NO: 3:15-CV-1581(AVC)<br><br>IN ADMIRALTY |

**IN REM WARRANT OF ARREST**

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, TO ANY COMMISSIONED OFFICER OF THE UNITED STATES COAST GUARD, OR TO ANY PROPER OFFICER OR SPECIALLY APPOINTED PERSON TO SERVE PROCESS WITHIN THE DISTRICT OF CONNECTICUT.

WHEREAS, a Verified Complaint was filed in the United States District Court for the District of Connecticut by Plaintiff, PORT NIANTIC, INC. asserting an admiralty and maritime lien claim or cause of action In Rem against the M/V "CLASSY LADY",O.N.: 1151280, H.I.N.: CAR35060H304, a 2004 35' Carolina Craft powerboat, more particularly described in said Complaint, together with its rigging, engines, equipment tackle and appliances, etc., and;

WHEREAS, the attorney for Plaintiff has filed a Motion for Praecipe for Issuance of Warrant of Arrest requesting issuance of a warrant for the arrest of the vessel and for service of same upon said vessel, and;

WHEREAS, the attorney for Plaintiff has filed a Motion for Special Appointment to Serve Process requesting the appointment of you as a person so serve process in the above-entitled action and the Court granted said motion and ordered that you be appointed to serve process.

YOU ARE THEREFORE COMMANDED to forthwith arrest the M/V "CLASSY LADY",O.N.: 1151280, H.I.N.: CAR35060H304, her engines, rigging, fittings, tackle, and equipment, etc., as described above, and to maintain possession of said vessel after its arrest without keeper, pursuant to a further order of the Court and until further order of this Court, and to serve a copy of the Complaint filed herein and this Warrant for Arrest of Vessel upon the master, owner, or caretaker of the vessel.

AND what you shall have done in the premises then and there made due and prompt return, together with this writ.

WITNESS, The Honorable Alfred V. Covello, Judge of this Court, this 17th day of November, 2015.

/s/ Judge Alfred V. Covello

U.S.D.C.J.

SO ORDERED

____________________, Clerk

By: ____________________, Deputy Clerk

NOTE: Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims contained in the Federal Rules of Civil Procedure provides: CLAIM AND ANSWER INTERROGATORIES. The Claimant of property that is the subject of an action In Rem shall file his claim within 10 days after process has been executed, or within such additional time as may be allowed by the court, and shall serve his answer within 20 days after the filing of the claim. The claim shall be verified on oath or solemn affirmation, and shall state the interest in the property by virtue of which the claimant demands its restitution and the right to defend the action. If the claim is made on behalf of the person entitled to possession by an agent, bailee, or attorney, it shall state that he is duly authorized to make the claim. At the time of answering the claimant shall also serve answers to any interrogatories served with the complaint. In actions in rem interrogatories may be so served without leave of Court.

RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named vessel and service of the Summons and Complaint, etc., upon the Defendant vessel M/V "CLASSY LADY" and the individual In Personam named Defendant.

____________________________

By: ________________________