UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PORT NIANTIC, INC. | ) | |
| Plaintiff, | ) | |
| V. | ) | CIVIL ACTION NO. 3:15-CV-1581 (AVC) |
| | ) | |
| M/V "CLASSY LADY", O.N.: 1151280, | ) | IN ADMIRALTY |
| her engines, rigging, equipment | ) | |
| and appurtenances, etc. | ) | |
| In Rem | ) | |
| | ) | |
| And | ) | |
| | ) | |
| MAREK SZYCHOWSKI | ) | |
| In Personam | ) | November 9, 2016 |
| Defendants | ) | |

STATUS REPORT

The Plaintiff in the above captioned action, Port Niantic, Inc., by its attorneys hereby submits this Status Report as Ordered by the Court on October 26, 2016.

This action was filed on October 29, 2015 and the Court issued Orders providing for the appointment of Special Person to Serve Process, a Warrant for the Arrest of the In Rem Defendant, “CLASSY LADY”, O.N.: 1151280 and the Appointment of Substitute Custodian. An Affidavit of Service on the In Personam Defendant, MAREK SZYCHOWSKI and the In Rem Defendant, “CLASSY LADY”, O.N.: 1151280 was filed with this Court on November 20, 2015.

Since that time, the Plaintiff has had extended substantive discussions with the Defendants regarding the settlement of the matter on the basis of not incurring more costs and legal expense than the amount at issue in this action.

It is expected that a settlement will be reached within the next 90 days which will result in the Withdrawal of this action. In the event such settlement is not reached and the Defendants do not file responsive pleadings, the Plaintiff will file a Rule 55a Request for Default and a Rule 55b Motion for Judgment, if the Rule 55a Request is granted.

Dated: November 9, 2016.

THE PLAINTIFF
PORT NIANTIC, INC.

BY: ____________________

John L. Senning, Esq.
Essex Law Group Offices
9-2 Novelty Lane
P.O. Box 38
Essex, CT 06426
Tel: (860) 767-2618
Fax: (860) 955-2423
Email: john@essexlawgroup.com
Fed. Bar No. CT05807
--Its Attorneys--

CERTIFICATION OF SERVICE

I hereby certify that on this date a copy of the foregoing STATUS REPORT was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: November 9, 2016.



John L. Senning, Esq.